United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEONEL ANGEL GARCIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-08998** |
| | § | |
| **DAVID VENTURELLA, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner Leonel Angel Garcia's Petition for Writ of Habeas Corpus (ECF No. 1). On October 19, 2026, Respondents filed an Advisory informing the Court that Petitioner was released on October 16, 2026. ECF No. 4..

Therefore, the Petition (ECF No. 1) is **DENIED AS MOOT**. The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 19th day of October, 2026.

Keith P. Ellison
United States District Judge